**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Ira Vincent SPEARMAN, Defendant— Appellant.**

No. 07–50184.

United States Court of Appeals, Ninth Circuit.

Oct. 16, 2008.

Michael J. Raphael, Esq., Anne M. Voigts, Esq., Assistants U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Gail Ivens, Esq., Deputy Federal Public Defender, FPDCA–Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: W. FLETCHER and GOULD, Circuit Judges, and POLLAK,* Senior District Judge.

## ORDER

The memorandum disposition filed August 6, 2008, —— Fed.Appx. ——, 2008 WL 3266868, is amended by deleting the following sentence which appears on pages 4 and 5:

<Spearman's only option is to seek executive relief. *Bagley v. United States,* 144 F.2d 788, 791 (9th Cir.1944).>

---

* The Honorable Louis H. Pollak, Senior United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

With this amendment, the petition for rehearing is DENIED. No more petitions will be entertained.